## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY SMITH | : |
| | : |
| v. | : CIVIL ACTION NO. 13-2775 |
| | : |
| E-BACKGROUNDCHECKS.COM, INC., ET AL. | : |
| | : |

### **O R D E R**

**AND NOW, TO WIT:** This   3rd   day of   October  , 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**      /s/ Patricia Clark
                Civil Deputy to Judge McHugh

Copies EMAILED on   10/03/14  to:

Gregory J. Gorski, Esquire
Mark D. Mailman, Esquire
Megan S. Ben'Ary, Esquire
Thomas C. Regan, Esquire